ANTONIE JUNGE, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COM-

PANY, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.